UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| WEB INNOVATIONS & <br> TECHNOLOGY SERVICES, INC., | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) | |
| vs. | ) <br> ) | Case No. 4:13CV507 CDP |
| BRIDGES TO DIGITAL <br> EXCELLENCE, INC. & <br> DOUGLAS CHAPMAN, | ) <br> ) <br> ) <br> ) | |
| Defendants. | ) | |

## MEMORANDUM AND ORDER

The attorneys for plaintiff Web Innovations & Technology Services, Inc., have filed a motion to withdraw from further representation in this case. Defendants have filed a motion to dismiss the case for failure of the plaintiff to attend a deposition that was set for a time after the filing of the motion to withdraw. Plaintiffs have now filed a motion to amend the Case Management Order to allow for additional time to obtain new counsel. All pending motions will be set for argument at a hearing on **Friday, January 9, 2015 at 1:00 p.m.** Because the court will be considering the motion to withdraw filed by plaintiff's counsel, an officer or director of Web Innovations must appear in person with current counsel at the hearing.

Accordingly,

**IT IS HEREBY ORDERED** that all pending motions are set for oral argument at a hearing on **<u>Friday, January 9, 2015 at 1:00 p.m.</u>** in Courtroom 14-South of the Thomas F. Eagleton U.S. Courthouse, 111 South Tenth Street, St. Louis, Missouri 63102.

**IT IS FURTHER ORDERED** that an officer or director of Web Innovations & Technology Services, Inc., must appear in person along with current counsel.

**IT IS FINALLY ORDERED** that all deadlines in the Case Management Order are suspending pending the court's ruling on the motions.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 8th day of December, 2014.